IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Star M | Case Number: 07 B 03479 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 2/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 13, 2008
Confirmed: May 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 862.98 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 816.38 |
| Trustee Fee: | | 46.60 |
| Other Funds: | | 0.00 |
| Totals: | 862.98 | 862.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 816.38 |
| 2. | Mada Properties | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 2,760.00 | 0.00 |
| 4. | Nationwide Cassel | Unsecured | 3,939.43 | 0.00 |
| 5. | United Collection Bureau Inc | Unsecured | 635.00 | 0.00 |
| 6. | Premium Asset Recovery Corp | Unsecured | 428.00 | 0.00 |
| 7. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 8. | Collection Company Of America | Unsecured | | No Claim Filed |
| 9. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Professional Account Management | Unsecured | | No Claim Filed |
| 12. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 13. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| | | | $ 10,246.43 | $ 816.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.60 |
| | $ 46.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Star M | Case Number: 07 B 03479 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 2/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

